UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

DANIEL L. RYZANCA,                                              (Bankr. Case No. 10-08140)

       Debtor.
_____/

JEFF A. MOYER,

       Plaintiff,                                              Case No.  1:13-CV-35
                                                                (Adv. Pro. No. 12-80250-jrh)
v.
                                                                HON. GORDON J. QUIST
ABC DEBT RELIEF, LTD. CO.,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND ENTERING JUDGMENT IN FAVOR OF PLAINTIFF-TRUSTEE

The Court has reviewed the Report and Recommendation filed by the United States Bankruptcy Judge in this action.  The Report and Recommendation was duly served on Defendant on December 21, 2012.  No objections have been filed pursuant to Fed. R. Bankr. P. 9033.  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Bankruptcy Judge (docket no. 1-1), filed December 21, 2012, is **approved** and **adopted** as the opinion of the Court.

**IT IS FURTHER ORDERED** that judgment is entered in **favor of Plaintiff** and **against Defendant** in the amount of $2,315.00, together with interest at the statutory rate and costs of $293.00 pursuant to 11 U.S.C. § 550.

Dated:  January 22, 2013                                        /s/ Gordon J. Quist
                                                                GORDON J. QUIST
                                                                UNITED STATES DISTRICT JUDGE